**Order entered April 20, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-19-01457-CV

### ODUS OGLESBY, Appellant

### V.

### RICHLAND TRACE OWNERS ASSOCIATION, INC. TEXAS A/K/A RICHLAND TRACE CONDOMINIUMS, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06925**

### ORDER

Before the Court is appellant's April 16, 2020 opposed second motion to extend time to file his opening brief. Appellant seeks a sixty-day extension.

We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than June 28, 2020. Because the brief was first due February 28, 2020, we caution that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE